UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARK IRMAT DRUG CORP.

Petitioner,

- vs. -

OPTUMRX, INC.

Defendant.

Civil Action No. 1:15-cv-08930 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-13-15

**[PROPOSED] TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUCTION SHOULD NOT BE ENTERED AND PROTECTIVE ORDER**

Upon the Declaration of Matthew L. Cantor, sworn to on the 13th day of November, 2015, and the attachments annexed thereto, and upon Plaintiff Park Irmat Drug Corp.'s Memorandum of Law In Support of Motion for a Temporary Restraining Order and Preliminary Injunction, and upon all the papers and proceedings heretofore had herein, it is hereby

**ORDERED** that Defendant OptumRx, Inc., including all subsidiaries and affiliates, ("Optum"), show cause before this Court, at Room 14B, United States Courthouse, 500 Pearl Street, New York, New York, on the 17 day of November, 2015, at 11:30 o'clock in the morning/~~afternoon~~ of that day, or as soon thereafter as counsel can be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure preventing, prohibiting, and enjoining Optum during the pendency of this action from terminating Plaintiff Park Irmat Drug Corp. ("Irmat") from Optum's pharmacy network.

~~**PENDING A HEARING ON THIS MATTER**, it is **ORDERED** that Optum is prevented, prohibited, and restrained from terminating Irmat from Optum's pharmacy network; and it is further~~ JSR



341154.2

~~**ORDERED** that the temporary relief granted herein shall be lifted in the event that Irmat does not, within five business days of the issuance of this Order, deposit __________ into the Court pursuant to Rule 67 of the Federal Rules of Civil Procedure, and it is further~~ JSR

**ORDERED** that service of a copy of this Order to Show Cause and all of the papers submitted in support thereof, by email or overnight mail upon Defendant's counsel Michael H. Bernstein of Sedgwick LLP, on or before __________ o'clock in the morning/afternoon EST on the 16 day of November, 2015, at 12 Noon shall be deemed good and sufficient service thereof, and it is further

**ORDERED** that Defendant serve any papers in opposition on Plaintiff's attorneys by overnight delivery or email so as to be received on a date to be fixed by Judge Rakoff ~~on before the close of business on the ___ day of __________, 2015; and it is further~~ JSR

**ORDERED** that Plaintiff serve any reply papers on Defendant's attorneys by overnight delivery or email so as to be received on a date to be fixed by Judge Rakoff ~~or before the close of business on the ___ day of __________, 2015; and it is further~~ JR

**ORDERED** that Irmat is permitted to (a) file via ECF a version of its Memorandum of Law in Support of its Order to Show Cause for Preliminary Injunction and Temporary Restraining Order and the Declaration of Matthew L. Cantor in support thereof and exhibits annexed thereto, containing minor redactions to protect confidential information; and (b) permitting Irmat to file via ECF all other motion papers in unredacted form.

Dated: November 13, 2015
New York, New York

Entered,

John F. Keenan

Honorable Judge ~~Jed S. Rakoff~~ JOHN F. KEENAN
U.S. District Judge

Part I