UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PARK IRMAT DRUG CORP.                         :
                                              :    Index No. 15-CV-08930
                        Plaintiff,            :
                                              :    (Rakoff, J.)
            - vs. -                           :
                                              :
OPTUMRX, INC.                                 :
                                              :
                        Defendant.            :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew L. Cantor of Constantine Cannon LLP shall appear as counsel of record for plaintiff PARK IRMAT DRUG CORP. in the above-referenced action.  We hereby request service of all documents in this matter.

Dated: New York, New York       **CONSTANTINE CANNON LLP**
       November 16, 2015

                                By: _____/s/_____
                                     Matthew L. Cantor
                                335 Madison Avenue
                                New York, New York 10017
                                (212) 350-2700

                                *Counsel for Park Irmat Drug Corp.*