UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PARK IRMAT DRUG CORP.             :
                                  :    Index No. 15-CV-08930
            Plaintiff,            :
                                  :    (Rakoff, J.)
    - vs. -                       :
                                  :
OPTUMRX, INC.                     :
                                  :
            Defendant.            :
------------------------------------------------------------x

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David A. Scupp of Constantine Cannon LLP shall appear as counsel of record for plaintiff PARK IRMAT DRUG CORP. in the above-referenced action.

We hereby request service of all documents in this matter.

Dated: New York, New York         **CONSTANTINE CANNON LLP**
       November 16, 2015

                                  By: _____/s/_____
                                       David A. Scupp
                                  335 Madison Avenue
                                  New York, New York 10017
                                  (212) 350-2700

                                  *Counsel for Park Irmat Drug Corp.*