UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PARK IRMAT DRUG CORP.                          :
                                               :    Index No. 15-CV-08930
                       Plaintiff,              :
                                               :    (Rakoff, J.)
         - vs. -                               :
                                               :
OPTUMRX, INC.                                  :
                                               :
                       Defendant.              :
-----------------------------------------------------------------x

# PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Park Irmat Drug Corp. ("Irmat") states that Irmat has no parent company, and there is no publicly held corporation that owns 10% or more of its stock.

Dated:  New York, New York            **CONSTANTINE CANNON LLP**
        November 16, 2015

                                      By: _____/s/_____
                                          Matthew L. Cantor
                                          David A. Scupp
                                          Hamsa Mahendranathan
                                      335 Madison Avenue
                                      New York, New York 10017
                                      (212) 350-2700

                                      *Counsel for Park Irmat Drug Corp.*