UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PARK IRMAT DRUG CORP.              :
                                   :  Index No. 15-CV-08930
                Plaintiff,         :
                                   :  (Rakoff, J.)
        - vs. -                    :
                                   :
OPTUMRX, INC.                      :
                                   :
                Defendant.         :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Hamsa Mahendranathan of Constantine Cannon LLP shall appear as counsel of record for plaintiff PARK IRMAT DRUG CORP. in the above-referenced action. We hereby request service of all documents in this matter.

Dated: New York, New York          **CONSTANTINE CANNON LLP**
       November 16, 2015

                                   By: _____/s/_____
                                        Hamsa Mahendranathan
                                   335 Madison Avenue
                                   New York, New York 10017
                                   (212) 350-2700

                                   *Counsel for Park Irmat Drug Corp.*