UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Park Irmat Drug Corporation

                Plaintiff,

Case No. 1:15-cv-08930-JSR

   -against-

OptumRx, Inc.

                Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Hamsa Mahendranathan**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: HM6119    My State Bar Number is 5177415

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Mayer Brown LLP (NY)
                  FIRM ADDRESS: 1221 Avenue of the Americas, New York, NY 10017
                  FIRM TELEPHONE NUMBER: (212) 5006-2117
                  FIRM FAX NUMBER: (212) 262-1910

NEW FIRM:    FIRM NAME: Constantine Cannon, LLP
                  FIRM ADDRESS: 335 Madison Ave, 9th Floor
                  FIRM TELEPHONE NUMBER: (212) 350-2730
                  FIRM FAX NUMBER: (212) 350-2701

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 11/17/2015

                                                          ATTORNEY'S SIGNATURE