UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PARK IRMAT DRUG CORP.,

               Plaintiff,

    - vs. -

OPTUMRX, INC.,

               Defendant.
-----------------------------------------------------------------x

Index No. 15-CV-08930 (JSR)

## [PROPOSED] SCHEDULING ORDER

IT IS HEREBY ORDERED, that Defendant's papers in opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction ("Plaintiff's Motion") shall be filed with the Court and served upon Plaintiff on or before November 24, 2015. Plaintiff's reply papers shall be filed with the Court and served upon Defendant on or before December 1, 2015, at 12:00 p.m. The parties shall appear before the Court on Plaintiff's Motion on December 8, 2015, at 4:30 p.m., at United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 14B, unless otherwise ordered by the Court.

IT IS FURTHER ORDERED THAT, on consent of the parties, the termination of Plaintiff from any pharmacy network(s) administered by OptumRx and its subsidiaries and affiliates in which it currently participates will be stayed or tolled from November 30, 2015 until the hearing is held on December 8, 2015.

Dated: November 23, 2015

                                                        Hon. Jed S. Rakoff
                                                    United States District Court Judge