**December 1, 2014**

---

## IMPORTANT INFORMATION REGARDING

## 2015 PHARMACY MANUAL AVAILABLE NOW

---

**Effective January 1, 2015**

**ATTENTION ALL OPTUMRX NETWORK PHARMACY PROVIDERS**

The 2015 Pharmacy Manual (PM) is now available online at:

**http://learn.optumrx.com/pharmacymanual**

This on-line version replaces in its entirety the 2014 PM previously provided to you via CD.

Key Highlights:
- Available on-line for easier access!
- Updated information for 2015 for our Medicare, Medicaid and Commercial business
- Quarterly Updates to the PM
- Easier to toggle between sections
- General announcements, updates, and plan specifications distributed periodically now available onsite for easy access and reference

We appreciate you taking the time to **save the website in your favorites** to view and verify processes.

**TO REDUCE PROCESSING ERRORS, PLEASE CONFIRM THE INFORMATION ON MEMBER'S ID CARD PRIOR TO SUBMITTING PRESCRIPTION CLAIMS.**

Faxed general announcements and the Pharmacy Manual can be found at the following:
**http://learn.optumrx.com/pharmacymanual**

Should you have any questions or require assistance, please contact the OptumRx Help Desk, 24 hours a day, 7 days a week:

---

**OptumRx Help Desk phone numbers:**

- AARP® MedicareComplete® and UnitedHealthcare® MedicareComplete Plans: **877-889-6510**
- UnitedHealthcare® Medicaid Plans: **877-305-8952**
- AARP® MedicareRx, United MedicareRx, UnitedHealthcare MedicareRx Plans: **877-889-6481**
- All Other Plans: **800-788-7871**

---

**Thank you for your continued support.  Please distribute immediately.**