UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
PARK IRMAT DRUG CORP.                    :
                                         :   Index No. 15-CV-08930 (JSR)
               Plaintiff,                :
                                         :
        - vs. -                          :
                                         :
OPTUMRX, INC.                            :
                                         :
               Defendant.                :
---------------------------------------------------------------x

### [PROPOSED] ORDER

WHEREAS, on November 23, 2015, the Court ordered that, on consent of the parties, the termination of Plaintiff Park Irmat Drug Corp. ("Irmat" or "Irmat Pharmacy") from any pharmacy networks administered by Defendant OptumRx, Inc. ("OptumRx") and its subsidiaries and affiliates in which Irmat currently participates will be stayed or tolled from November 30, 2015, until the hearing is held on Irmat's Motion for a temporary restraining order and preliminary injunction, originally scheduled for December 8, 2015 (the "November 23 Order," ECF No. 22);

WHEREAS, on December 3, 2015, the Court ordered that, until the conclusion of the December 8, 2015 hearing, OptumRx, including its subsidiaries and affiliates, will refrain from making any further communications, or causing any further communications to be made, to members or health plan clients stating that Irmat Pharmacy has been terminated from, or will no longer be participating in, any pharmacy network administered by OptumRx and/or its subsidiaries and affiliates (the "December 3 Order," ECF No. 30);

WHEREAS, the hearing on Irmat's motion for a temporary restraining order and preliminary injunction originally scheduled for December 8, 2015 has been rescheduled to December 11, 2015;

1

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The relief granted in the November 23 Order and December 3 Order is extended until the conclusion of the December 11, 2015 hearing on Irmat's motion for a temporary restraining order and preliminary injunction.

Dated: December 8, 2015

_____
Hon. Jed S. Rakoff
United States District Court Judge