

# Sedgwick LLP

ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*Michael H. Bernstein*
212.898.4011
michael.bernstein@sedgwicklaw.com

MEMO ENDORSED

January 7, 2016

*Via E-mail*
Hon. Jed S. Rakoff
United States District Court Judge
United States District Court For The Southern
District of New York
500 Pearl Street
New York, NY  10007-1312
E-Mail: RakoffNYSDChambers@nysd.uscourts.gov



Re:  Park Irmat Drug Corp. v. OptumRx, Inc.
     Civ. Act. No. 15-cv-08930(JSR)
     File No. 03246-000306

Dear Judge Rakoff:

This office represents Defendant, OptumRx, Inc. In accord with the Court's direction we write, on behalf of the parties, to advise the Court that the parties have reached a settlement in principle. The parties request a thirty-day extension of all dates set forth on the Case Management Plan and the briefing schedule for the motion to dismiss to allow the parties to finalize the settlement terms. We understand that no further adjournments will be granted in this matter.

Thank you for your consideration.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

Agreed to:

Matthew L. Cantor
Constantine Cannon LLP
Counsel for Plaintiff

JTS/JTS

SO ORDERED

/s/ JSR
USDJ
1-8-16

82690298v1