UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PARK IRMAT DRUG CORP.                   :   No. 15-cv-08930 (JSR)
                                        :
                Plaintiff,   :   **STIPULATION OF**
     v.                              :   **VOLUNTARY DISMISSAL**
OPTUMRX, INC.,                          :   **WITH PREJUDICE**
                Defendant.   :
------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and the Defendant in this action, acting through their undersigned attorneys, that this action shall be, and the same hereby is, dismissed with prejudice as against OptumRx, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party.


Dated:  New York, New York.
       February 9, 2016


By:   _____/s/ Matthew L. Cantor_____       By:   ____/s/ Michael H. Bernstein_____
      Matthew L. Cantor                                   Michael H. Bernstein
      CONSTANTINE CANNON LLP                              SEDGWICK LLP
      335 Madison Avenue, 9th Floor                       225 Liberty Street, 28th Floor
      New York, NY 10017                                  New York, NY 10281
      Telephone: (212) 350-2700                           Telephone: (212) 422-0202
      Facsimile: (212) 350-2701                           Facsimile: (212) 422-0925

      *Attorneys for Park Irmat Drug Corp.*                *Attorneys for OptumRx, Inc.*